Frederic S. Scott, Appellants, v. Annette M. Scott, Appellee.

Appeal dismissed on motion of counsel for the respective parties.

*Valz & Wise,* for Appellants.
*Maguire & Voorhis,* for Appellee.

State of Florida, *ex rel.* J. R. Asbell, Relators, v. David Sholtz, *et al.,* Respondents.

Cause dismissed on motion of counsel for Relators.

*Guyte P. McCord,* for Relators.
*Cary D. Landis,* Attorney General, and *Robert J. Pleus,* Assistant, for Respondents.

Newcomb Barrs, as Receiver for E. O. Painter Fertilizer Company, a corporation, Appellant, v. City of Palmetto, a municipal corporation, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.

*G. B. Knowles,* for Appellant.
*Thomas A. Howze, Jr.,* for Appellees.

Thomas R. Hart, Appellant, v. Lawrence Bandel, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*Brooks & Rogers,* for Appellant.
*Leo Rosen,* for Appellee.

City of Bradenton, Appellant, v. B. Myers, Appellee.

Appeal dismissed on motion of counsel for Appellee.